No. 5802.—Sabater, apldo., *v.* The Union Central Life Insurance Co., apltc.—C. D. Mayagüez. Enero 12, 1932.

(Por la corte, a propuesta del Juez Asociado Sr. Aldrey.)

Estando radicado el alegato de la parte apelante, aunque posteriormente a la presentación de la moción para que por falta del mismo desestimemos este recurso, *no ha lugar* a la desestimación solicitada.

No. 5924.—Esprívalo, et al., apldos., *v.* Cerezo, apltc.—C. D. Aguadilla. Junio 7, 1932.

Celebrada con la sola asistencia de los apelados la vista de la moción de desestimación fundada en que el apelante dejó de radicar su alegato en 17 de mayo de 1932, en que vencía la prórroga concedídale al efecto; apareciendo que con dicha fecha el apelante obtuvo una nueva prórroga vencedera el 17 del corriente, y que efectivamente el día de la vista el dicho alegato había sido radicado, *no ha lugar* a la desestimación solicitada.

No. 5905.—Pérez, apltes., *v.* Montalvo, apldos.—C. D. Mayagüez. Enero 12, 1932.

(Por la corte, a propuesta del Juez Asociado Sr. Aldrey.)

Habiendo vencido en 22 de noviembre de 1930 la última prórroga concedida a los apelantes en este pleito para que el taquígrafo preparara la transcripción de la evidencia y no habiendo sido presentada en este tribunal la transcripción de los autos, *se desestima* este recurso por abandono, a instancia de los apelados.

No. 5801.—Clos, apltc., *v.* García, apldo.—C. D. Humacao. Enero 19, 1932.

(Por la corte, a propuesta del Juez Asociado Sr. Aldrey.)

Vistos los casos de *Vázquez* v. *Valdés,* 28 D.P.R. 467, y de *Vázquez v. Porto Rico Railway, Light & Power Co.,* 35 D.P.R. 63, en los cuales resolvimos que la acción por daños y perjuicios a la persona de una mujer casada no puede ser ejercitada por ella sino por su marido por tener el concepto de bien ganancial, *se desestima* por frívola, a instancia del apelado, la apelación interpuesta en este caso, por haber sido ejercitada igual acción por una mujer casada.